MICHAEL A. EVANS, MOB No. 58583
mevans@hrjlaw.com
Hartnett Reyes-Jones, LLC
4399 Laclede Avenue
St. Louis, MO 63108
Phone: 314-531-1054
Fax:  314-531-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| REGIONAL LOCAL UNION NOS. 846 and 847, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, and REGIONAL DISTRICT COUNCIL COMPLAINT WELFARE PLAN AND TRUST, *f/k/a LOCAL 846 REBAR WELFARE TRUST*, By and Through Its Board of Trustees; and REGIONAL DISTRICT COUNCIL RETIREMENT PLAN AND TRUST, *f/k/a REBAR RETIREMENT PLAN AND TRUST*, By and Through Its Board of Trustees; and REGIONAL DISTRICT COUNCIL TRAINING TRUST, *f/k/a LOCAL 846 TRAINING TRUST*, By and Through its Board of Trustees; and REGIONAL DISTRICT COUNCIL VACATION TRUST FUND, *f/k/a LOCAL 846 VACATION TRUST*, By and Through Its Board of Trustees, Plaintiffs, <br><br>v. <br>LSRI, LLC d/b/a Lone Star Rebar Installers, a Texas Limited Liability Company, <br><br>Defendant. | Civil Number:  3:22-cv-01473-HZ <br><br> MOTION FOR DEFAULT JUDGMENT |

Page 1 - **MOTION FOR DEFAULT JUDGMENT**

## MOTION FOR DEFAULT JUDGMENT

COME NOW plaintiffs and respectfully move the Court for entry of default judgment against defendant pursuant to Federal Rule of Civil Procedure 55(b)(2).

                Respectfully submitted,

                HARTNETT REYES-JONES, LLC

                /s/ Michael A. Evans
                MICHAEL A. EVANS, No. 58583
                4399 Laclede Avenue
                St. Louis, Missouri 63108
                Telephone:  314-531-1054
                Facsimile:   314-531-1131
                mevans@hrjlaw.com
                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on June 28, 2024, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:  Lone Star Rebar Installers, LLC, 417 N Rudd St., Burleson, TX 76028.

                /s/ Michael A. Evans