IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REGIONAL LOCAL UNION NOS. 846 and 847, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO; REGIONAL DISTRICT COUNCIL WELFARE PLAN AND TRUST, *f/k/a LOCAL 846 REBAR WELFARE TRUST*, By and Through Its Board of Trustees; REGIONAL DISTRICT COUNCIL RETIREMENT PLAN AND TRUST, *f/k/a REBAR RETIREMENT PLAN AND TRUST*, By and Through Its Board of Trustees; REGIONAL DISTRICT COUNCIL TRAINING TRUST, *f/k/a LOCAL 846 TRAINING TRUST*, By and Through its Board of Trustees; REGIONAL DISTRICT COUNCIL VACATION TRUST FUND, *f/k/a LOCAL 846 VACATION TRUST*, By and Through Its Board of Trustees, | No. 3:22-cv-01473-HZ<br><br>JUDGMENT |

           Plaintiffs,

v.

LSRI, LLC d/b/a Lone Star Rebar Installers, a Texas Limited Liability Company,

           Defendant.

1 – JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs as follows:

Unpaid fringe benefit contributions: $607.75

Interest on unpaid fringe benefit contributions: $825.57

Liquidated damages on unpaid fringe benefit contributions: $1,732.23

IMPACT contributions: $31.17

Unpaid union dues: $318.62

Accounting fees: $9,383.75

Post-judgment interest at the rate of 5.10%

DATED: _____July 8, 2024_____.

_____/s/ Marco Hernández_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – JUDGMENT